CIV-22-110-RAW-KEW

**FILED**
MAY 24 2022
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

# SUPLEMENTAL BRIEF FOR HABEAS CORPUS

In the Mid 1800s the five Civilized Tribes was placed in Indian teritory on Reserved Allotted land and they called it Oklahoma this word Oklahoma is a Choctaw word that Means Land of the Red People, and what the Federal Government Ment By Civilized Tribes "is to Make White". I am one eighth Cherokee and one one twenty eighth Creek and Now I am being Prejudiced against because I have blond hair and Blue eyes. This Bell Cannot Be unrung, and a Court ought not Be effected by the weather of the day, but will be effected By the Climate of the Error.

The Petitioner is a Enrolled Member of the Muscogee Creek Nation Tribe" the same as His Father, and He Must Be Released from the illegal Sentence He is Now Serving after Federal Case CR-21-013-DCJ was Dismissed with Prejudice. The State of Oklahoma Has No Jurisdiction over Him" Past Present or future. The Prisoner Must be Release See Murphy vs Royal the Creek Reservation was Never Disastablished and My Creek blood is Retroactive

**Account Balance**

$1,400.00
$1,312.82
$1,112.82
$1,107.74
$1,106.86
$877.62
$892.07
$746.28
$742.28
$738.28
$415.39
$331.09
$327.09
$323.09
$319.09
$289.09
$81.69
$94.55
$111.97
$107.97
$74.53
$50.23
$20.36
$0.94
$0.00
$20.00
$16.72
$0.75
$0.25
$0.00

**Account Balance**
$0.00

*William F. Laffoon* (signature)