IN THE DISTRICT COURT OF WAGONER COUNTY
THE STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,
Plaintiff,

vs.                                              Case No. CF-2010-153

WILLIAM FRANKLIN LAFFOON,
SSN:    XXX-XX-4112
DOB:    12/██/1977
        Defendant,

WAGONER COUNTY, OK
FILED
IN DISTRICT COURT
2011 JUN 13 PM 1:17
WAGONER DISTRICT COURT
RHONDA J. VINCENT
COURT CLERK

## JUDGMENT AND SENTENCE

NOW, ON THIS 27th DAY OF MAY, 2011, this matter comes on before the undersigned Judge, for sentencing and the defendant appears personally and by Attorney JAY K. RAMEY, the State of Oklahoma being represented by MICHON HUGHES, Assistant District Attorney, and the defendant having previously:

Been Found Guilty by a Jury

to the crimes of:

Count 1 -    Domestic Abuse – 21 O.S. § 644(C)
Count 2 -    Assault and Battery with a Dangerous Weapon – 21 O.S. § 645
Count 3 -    Kidnapping – 21 O.S. § 741
Count 4 -    Rape First Degree – 21 O.S. § 1111(B)

Date of Offense – Between January 29, 2010 and January 31, 2010

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE COURT that the defendant, WILLIAM FRANKLIN LAFFOON is guilty of the above-described offenses and is sentenced as follows:

Count 1 -    TO A TERM OF LIFE IMPRISONMENT all under the custody and control of the Oklahoma Department of Corrections.

Count 2 -    TO A TERM OF FIFTY (50) YEARS IMPRISONMENT all under the custody and control of the Oklahoma Department of Corrections.

Count 3 -    TO A TERM OF SEVENTY-FIVE (75) YEARS IMPRISONMENT all under the custody and control of the Oklahoma Department of Corrections.

Count 4 -    TO A TERM OF LIFE IMPRISONMENT WITHOUT PAROLE all under the custody and control of the Oklahoma Department of Corrections.

ALL COUNTS TO RUN CONSECUTIVE EACH WITH THE OTHER

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that in addition to the proceeding terms, the Defendant is also sentenced to:

The Defendant shall pay Court Costs in the amount of $1,394.00 and $7,717.50 jail fees for a total of $9,111.50.

**EXHIBIT 1**

> The Defendant shall report to the District Court of Wagoner County within TEN (10) DAYS of release from for a hearing on the Defendant's ability to pay costs pursuant to Section VII of the Rule of the Court of Criminal Appeals, 22 O.S. Chapter 18, App.

IT IS FURTHER ORDERED that judgment is hereby entered against the Defendant as to the fines, costs, and assessments set forth above.

The Court further advised the Defendant of his rights and procedure to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State subject to reimbursement of the cost or representation in accordance with Sec. 1355.14 of Title 22. The Court further advised the Defendant that, in the event the above sentence is for a crime involving domestic violence where the Defendant is or was a spouse, intimate partner, parent, or guardian of the victim of is or was involved in another similar relationship with the victim, it may be unlawful for him or her to possess, purchase, receive, transport or ship a firearm including a rifle, pistol or revolver or ammunition pursuant to federal law under 18 U.S.C. Section 992(g)(8) or (9), or state law or both.

In the event the above sentence is for incarceration in the Department of Corrections, the Sheriff of Wagoner County, Oklahoma is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to serve as warrant authority of the Sheriff for the transportation and the imprisonment of the Defendant as herein before provided. The Sheriff to make due return to the clerk of this Court, with his proceedings endorsed thereon.

**WITNESS** my hand the day and year first above mentioned.

_____
DARRELL SHEPHERD
Judge of the District Court

(SEAL)

ATTEST:  Rhonda Vincent, Court Clerk

_Kimberly Weese_
Deputy Clerk