IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR WAGONER COUNTY

| | |
|---|---|
| THE STATE OF OKLAHOMA,<br>　　　　Plaintiff/Respondent,<br>vs.<br>WILLIAM FRANKLIN LAFFOON<br>　　　　Defendant/Petitioner, | )<br>)<br>)<br>)<br>)<br>)　Case No. CF-2010-153<br>)<br>)<br>)<br>) |

## ORDER

The Petitioner filed an *Application for Post-Conviction Relief and Application for Evidentiary Hearing* on July 3, 2018. To which the State responded on August 3, 2018 by filing their *Response to Defendant's Application for Post-Conviction Relief and Application for Evidentiary Hearing*.

The Court finds that the United States Court of Appeals for the Tenth Circuit has stayed all proceedings in *Murphy v. Royal*, Nos. 07-7068 & 15-7041 (*See Exhibit A*) and no further action will be taken until a final decision has been made by the United States Supreme Court No. 17-1107 (*See Exhibit B*); therefore the Petitioner's Application will be denied.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the *Application for Post-Conviction Relief and Application for Evidentiary Hearing* is **DENIED**.

IT IS SO ORDERED.

Dennis N. Shook
District Judge

**EXHIBIT 10**

## CERTIFICATE OF RECEIPT/MAILING

I, Jim Hight, District Court Clerk, do hereby certify that this office is in receipt of the above and foregoing Order of the Court and that the same has been filed in this office on this _21st_ day of _August_, 2018 and a true and correct copy of the same was mailed to the following:

William Franklin Laffoon,
ODOC #256288-JCCC-Unit 2
216 North Murray Street
Helena, OK 73741-1017

And hand-delivered to:

District Attorney's Office
Wagoner County Courthouse
307 East Cherokee
Wagoner, OK 74467

JIM HIGHT, COURT CLERK

By: _Bethany Phelps_
DEPUTY COURT CLERK

FILED
United States Court of Appeals
Tenth Circuit

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

November 16, 2017

Elisabeth A. Shumaker
Clerk of Court

| | |
|---|---|
| PATRICK DWAYNE MURPHY, | |
| Petitioner - Appellant, | |
| v. | Nos. 07-7068 & 15-7041 |
| TERRY ROYAL Warden, Oklahoma State Penitentiary, | (D.C. No. 03-cv-443-RAW-KEW) (E.D. Okla.) |
| Respondent - Appellee. | |
| ------------------------------ | |
| MUSCOGEE (CREEK) NATION, et al., | |
| Amici Curiae. | |

### ORDER

Before **TYMKOVICH**, Chief Judge, **MATHESON**, and **PHILLIPS**, Circuit Judges.

These matters are before the court on the respondent's *Unopposed Motion to Stay the Mandate Pending the Filing of a Petition for Writ of Certiorari*. Upon consideration, the motion is GRANTED.

Issuance of the mandate is stayed for 90 days and/or until the deadline passes for filing a certiorari petition in the Supreme Court. If this court receives

notice the respondent has filed a petition the stay will continue until the Supreme Court's final disposition. *See* Fed. R. App. P. 41(d)(2)(B).

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk

🅐 Neutral
As of: July 31, 2018 5:29 PM Z

# Royal v. Murphy

Supreme Court of the United States

May 21, 2018, Decided

No. 17-1107.

**Reporter**
2018 U.S. LEXIS 3118 *; 138 S. Ct. 2026; 201 L. Ed. 2d 277; 86 U.S.L.W. 3584

Terry Royal, Warden, Petitioner v. Patrick Dwayne Murphy.

**Prior History:** Murphy v. Royal, 875 F.3d 896, 2017 U.S. App. LEXIS 22755 (10th Cir. Okla., Nov. 8, 2017)

**Judges:** [*1] Roberts, Kennedy, Thomas, Ginsburg, Breyer, Alito, Sotomayor, Kagan, Gorsuch.

## Opinion

Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit granted. Justice Gorsuch took no part in the consideration or decision of this petition.

**End of Document**

