

**ORIGINAL**

IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF OKLAHOMA

FILED
IN COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA

DEC -1 2021

JOHN D. HADDEN
CLERK

| | |
|---|---|
| WILLIAM LAFFOON, | ) |
| Appellant, | ) |
| v. | ) No. PC-2021-1345 |
| STATE OF OKLAHOMA, | ) |
| Appellee. | ) |

## ORDER DECLINING JURISDICTION

The District Court of Wagoner County denied Petitioner's request for post-conviction relief in Case No. CF-2010-153 in an order filed October 27, 2021. Rule 5.2(C)(1), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2021), requires the Petitioner to file a notice of post-conviction appeal with the clerk of the District Court within twenty (20) days from the date the order is filed in the District Court.

Petitioner's notice was due to be filed in the District Court no later than November 16, 2021, but was not timely filed. The filing of the notice is jurisdictional and failure to timely file waives the right to appeal. *Id.* Accordingly, the Court **DECLINES** jurisdiction and **DISMISSES** this matter. If Petitioner feels he has been denied a post-

**EXHIBIT 16**

PC-2021-1345, William Laffoon v. State of Oklahoma

conviction appeal through no fault of his own, he may seek appropriate relief with the District Court. See Rule 2.1(E)(3), *supra*.

**IT IS SO ORDERED.**

**WITNESS OUR HANDS AND THE SEAL OF THIS COURT** this ___1___ day of ___December___, 2021.

_____
**SCOTT ROWLAND, Presiding Judge**

_____
**ROBERT L. HUDSON, Vice Presiding Judge**

_____
**GARY L. LUMPKIN, Judge**

_____
**DAVID B. LEWIS, Judge**

ATTEST:

_John D. Hadden_
Clerk

PA